IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 21 PM 3 4...

ROBERT R. DI ~ C' IO
CLERK, U.S. DI  CT.
W.D. OF TN, MEMPHIS

FRANK HARRIS,

    Plaintiff,

v.

                                      No. 03-2855-BV

MEMPHIS BOARD OF EDUCATION

    Defendant.

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held Friday, April, 22, 2005. Present were Frank Harris, Plaintiff, and Michael R. Marshall, counsel for Defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURE PURSUANT TO Fed.R.Civ.P. 26(a)(1):
14 days after the 26(f) conference. If not made before the Rule 16(b) conference then 14 days after the Rule 16(b) conference:     May 13, 2005

JOINING PARTIES:     June 24, 2005

AMENDING PLEADINGS:  June 24, 2005

INITIAL MOTIONS TO DISMISS:     July 22, 2005

COMPLETING ALL DISCOVERY:     January 31, 2006

(a)    DOCUMENT PRODUCTION DEADLINE:     January 31, 2006

(b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS DEADLINE: January 31, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

   (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:     November 30, 2005

   (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMAITON:     December 30, 2005

   (3) EXPERT WITNESS DEPOSITIONS:     January 31, 2006

FILING DISPOSITIVE MOTIONS: February 28, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last 3 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
Honorable Diane K. Vescovo
U.S. Magistrate Judge

Date: April 21, 2005

APPROVED FOR ENTRY:

Stokes Bartholomew Evans & Petree, P.A.

---

Michael R. Marshall, # 15225
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
901-525-6781

---

Frank Harris
2888 Cavern
Memphis, Tennessee 38128

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:03-CV-02855 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Frank Harris
2888 Cavern
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT