IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FRANK HARRIS,

    Plaintiff,

v.                                                                 No. 03-2855-B/V

MEMPHIS BOARD OF EDUCATION,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Before the Court is the motion of the pro se Plaintiff, Frank Harris, to dismiss his case. On September 13, 2005, Harris presented a handwritten motion to dismiss stating that he seeks to terminate this litigation because he "cannot get representation, and I do not know enough about the legal procedures to continue. Nor do I have the legal fee that might be required." On September 15, 2005, this Court directed that the Clerk forward a copy of Plaintiff's motion to counsel for the Defendant, Memphis Board of Education, to ascertain whether or not the Defendant opposed the motion. On September 20, 2005, the Court received a response indicating that the Defendant had no objection to the dismissal.

Accordingly, based upon Plaintiff's motion to dismiss, the Court GRANTS his motion and directs that Plaintiff's case be DISMISSED.

IT IS SO ORDERED this 21st day of September, 2005.

                                          J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:03-CV-02855 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Frank Harris
2888 Cavern
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT