UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 23 PM 2:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**FRANK HARRIS,**

      **Plaintiff,**

v.

**MEMPHIS BOARD OF EDUCATION,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:03-2855-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Granting Plaintiff's Motion To Dismiss entered on September 22, 2005, this cause is hereby dismissed.

**APPROVED:**

_[signature]_

**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

9/23/05
Date

**THOMAS M. GOULD**

_____
Clerk of Court

_[signature]_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-23-05

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:03-CV-02855 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Frank Harris
2888 Cavern
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT